# Exhibit A

Filing # 236549093 E-Filed 11/25/2025 01:58:52 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CASE NO:

DESMANE CAMPBELL,

     Plaintiff,

vs.

SHARKNINJA OPERATING LLC, a
Foreign Limited Liability Company,

     Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, DESMANE CAMPBELL, and sues Defendant SHARKNINJA

OPERATING LLC, a Foreign Limited Liability Company, (hereinafter referred to as

"SHARKNINJA") and alleges:

## GENERAL ALLEGATIONS

1.     This is an action for damages that exceeds the sum of FIFTY THOUSAND

DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of

Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).

Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of

the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only*

(the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the

civil cover sheet for data collection and clerical purposes only).  The actual value of Plaintiff's

claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.      The Plaintiff, DESMANE CAMPBELL, is a natural person residing in Broward County, Florida.

3.      At all times material to this action, SHARKNINJA OPERATING LLC, is and was a Foreign Limited Liability Company licensed to do business in the State of Florida and conducts substantial business in the State of Florida, including the sale and distribution of the Ninja Foodi 10-in-1 Pressure Multicooker.

4.      Venue is proper as the incident giving rise to this action occurred in Broward County, Florida.

## FACTUAL BACKGROUND

5.      On or about March 17, 2025, Plaintiff was using the Ninja Foodi 10-in-1 Pressure Cooker (the "Product") in her kitchen in Broward County, Florida, which she purchased on March 9, 2025.

6.      The Product was designed, manufactured, marketed, and distributed by Defendant, SHARKNINJA.

7.      While in normal use, the Product unexpectedly released hot water with significant force, causing severe burns to Plaintiff.

## COUNT I NEGLIGENCE AGAINST HOME DEPOT

Plaintiff reaffirms her allegations in paragraphs 1-7 above and would further assert:

8. Defendant, SHARKNINJA, owed customers, including Plaintiff, a duty of care to design, manufacture, and provide adequate warnings for the Product to ensure it was safe for its intended use.

9. Defendant, SHARKNINJA, breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a) Negligently designing the Product as it failed to incorporate adequate safety mechanisms to prevent the unexpected release of hot contents;

b) Negligently manufacturing the Product, resulting in a malfunction that caused the release of hot water during pressure;

c) Negligently failing to inspect or adequately inspect the Product before final release to customers like Plaintiff, constituted a hazard to customers utilizing said product, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

d) Negligently failing to provide adequate warnings or instructions regarding the potential risks associated with the use of the Product, including the sudden release of hot contents; and

e) Negligently failing to meet applicable product safety standards which contributed to the malfunction.

10. As a result of Defendant, SHARKNINJA's negligence, while Plaintiff was using the Product, the Product suddenly malfunctioned, releasing hot water and burning Plaintiff, causing Plaintiff to sustain significant burns.

11. As a direct and proximate result of the negligence of Defendant, SHARKNINJA, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and

treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, DESMANE CAMPBELL, sues the Defendant, SHARKNINJA OPERATING LLC, for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff, DESMANE CAMPBELL, demands trial by jury on all issues triable as of right by jury. Respectfully submitted this 25th day of November, 2025.

**/s/: Daniel A Chehouri**
DANIEL A CHEHOURI, ESQ.
FBN:  1005564
Morgan & Morgan
8151 Peters Road, 4th Floor
Plantation, FL  33324
Phone: (954) 807-7758
Attorneys for Plaintiff
Pleadings: dacpleadings@forthepeople.com
E-Mail: dchehouri@forthepeople.com
Ymyrick@forthepeople.com
Jortman@forthepeople.com